UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RACHEL PIERCE,

                Plaintiff,                      23 **CIVIL** 2481 (KHP)

      -v-                                  **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 14, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties agree that on remand, the Commissioner will take further action to complete the administrative record, offer the claimant a new hearing, and issue a new decision. The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      June 14, 2023                                                  **RUBY J. KRAJICK**

                                                               _____
                                                                  **Clerk of Court**

                                         **BY:**                       _____
                                                                   **Deputy Clerk**